**Order entered July 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01421-CV

**WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; WAL-MART LOUISIANA, LLC; SAM'S EAST, INC., AND SAM'S WEST, INC., Appellants**

**V.**

**XEROX STATE & LOCAL SOLUTIONS, INC. A/K/A/, F/K/A ACS STATE & LOCAL SOLUTIONS, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13629**

## ORDER

Before the Court is appellants' June 28, 2019 unopposed motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** appellants' reply brief be filed no later than July 25, 2019.

/s/     BILL WHITEHILL
         JUSTICE